# In The United States Court of Federal Claims

Cover Sheet **06-707 L**

Plaintiff(s) or Petitioner(s)
Richard and Susan Cary, et al (continued on Attachment A)

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Mark S. Grotefeld

Firm Name: Grotefeld & Denenberg, LLC

Post Office Box: ______

Street Address: 105 West Adams, Suite 2300

City-State-Zip: Chicago, IL 60603

Telephone & Facsimile Numbers: (312) 551-0200 & (312) 601-2402

Is the attorney of record admitted to the Court of Federal Claims Bar? ■ Yes □ No

Does the attorney of record have a Court of Federal Claims ECF account? □ Yes ■ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: [5] [1] [2]
Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain. ______

Agency Identification Code: [A] [G] [R]
See attached sheet for three-digit codes.

Amount Claimed: $236,890,648.00
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? □ Yes ■ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $______
Is plaintiff a small business? □ Yes □ No

Vaccine Case:
Date of Vaccination: ______

Related Cases:
Is this case directly related to any pending or previous case? □ Yes ■ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.

**Attachment A**

**Plaintiff(s) or Petitioner(s)** (Continued from Cover Sheet):

Patricia Geerts, Sharon Henry, James Herzog, Diane Knuepfer, Patricia Martin, Robert S. Martin, Janet Marie Priatt, Dona Schneider, Douglas Schwaebe, Carl and Katherine Schweikert, David Southcott, and Mary Carol Wilder, on behalf of themselves and all others similarly situated, who sustained damage to a property interest as a result of the Cedar Fire.