IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Filed Electronically December 6, 2006)

| | | |
|---|---|---|
| RICHARD AND SUSAN CARY, PATRICIA GEERTS, SHARON HENRY, JAMES HERZOG, DIANE KNUEFFER, PATRICIA MARTIN, ROBERT S. MARTIN, JANET MARIE PRIATT, DONA SCHNEIDER, DOUGLAS SCHWAEBE, CARL AND KATHERINE SCHWEIKERT, DAVID SOUTHCOTT, and MARY CAROL WILDER, on behalf of themselves and all others similarly situated, who sustained damage to a property interest as a result of the Cedar Fire. | ) | No. 06-707 L |
| Plaintiffs, | ) | Senior Judge Wiese |
| v. | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Heide L. Herrmann as attorney for Defendant United States of America. Service of all papers by regular U.S. Mail should be made to the following address:

Heide L. Herrmann
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P. O. Box 663
Washington, D.C. 20044-0663
202-305-3315 (phone)
202-305-0274 (facsimile)

All hand or overnight deliveries should be made to the following street address:

Heide L. Herrmann
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
601 D Street, N.W., Room 3550
Washington, D.C. 20004

Dated: December 6, 2006

Respectfully Submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

s/Heide L. Herrmann____________________
HEIDE L. HERRMANN
Environment and Natural Resources Division
Natural Resources Section
Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
202-305-3315 (phone)
202-305-0274 (fax)
Heide.Herrmann@usdoj.gov