IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Filed Electronically December 8, 2006)

| | | |
|---|---|---|
| RICHARD AND SUSAN CARY, PATRICIA GEERTS, SHARON HENRY, JAMES HERZOG, DIANE KNUEFFER, PATRICIA MARTIN, ROBERT S. MARTIN, JANET MARIE PRIATT, DONA SCHNEIDER, DOUGLAS SCHWAEBE, CARL AND KATHERINE SCHWEIKERT, DAVID SOUTHCOTT, and MARY CAROL WILDER, on behalf of themselves and all others similarly situated, who sustained damage to a property interest as a result of the Cedar Fire. | ) | No. 06-707 L |
| Plaintiffs, | ) | Senior Judge Wiese |
| v. | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**
**IN WHICH TO FILE RESPONSE TO COMPLAINT**

Pursuant to RCFC 6(b), defendant, the United States, requests an enlargement of time of thirty (30) days, to and including Thursday, January 11, 2006, in which to respond to plaintiffs' complaint. The Government's answer is currently due on Tuesday, December 12, 2006. Government counsel has conferred with counsel for plaintiffs, and is authorized to represent that plaintiff does not object to the requested enlargement of time. This is the Government's first request for an extension of time for this purpose.

This enlargement of time is necessary because counsel for the Government requires additional time to fully consider the allegations raised in plaintiffs' complaint, and to coordinate its response within the Department of Justice, and with agency counsel.

Accordingly, defendant respectfully moves for an enlargement of time of thirty (30) days, to and including January 11, 2006, in which to respond to plaintiff's complaint.

Respectfully Submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

s/Heide L. Herrmann____________________
HEIDE L. HERRMANN
Environment and Natural Resources Division
Natural Resources Section
Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
202-305-3315 (phone)
202-305-0274 (fax)
Heide.Herrmann@usdoj.gov

Dated: December 8, 2006