# In the United States Court of Federal Claims

**NOTICE**

**RICHARD and SUSAN CARY, et al.**

**No. 06-707 L**

**v.**

**THE UNITED STATES**

**Clerk's Office**
**Washington, D.C., December 14, 2006**

To Attorney of Record, Assistant Attorney General, and Senior Judge Wiese:

Please take notice that in the above case there has been entered this day on the defendant's motion, filed December 8, 2006, for enlargement of time to respond to the complaint

the following order by the Clerk:

**ALLOWED.**

Brian Bishop

Brian Bishop, Clerk