# In the United States Court of Federal Claims

No. 06-707L
Filed: March 12, 2007

| | |
|---|---|
| RICHARD CARY, et al., | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

---

ORDER

SCHEDULING PRELIMINARY CONFERENCE

---

Pursuant to the agreement of the parties, a preliminary conference will be held at 2:30 p.m. on Tuesday, March 27, 2007, at the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, DC. The courtroom designation will be posted on the bulletin board in the lobby of the courthouse. The proceedings will be transcribed. Counsel for plaintiffs may appear by telephone.

s/John P. Wiese
John P. Wiese
Judge