# In the United States Court of Federal Claims

No. 06-707L
Filed: March 27, 2007

| | |
|---|---|
| | ) |
| RICHARD CARY, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

---

ORDER

ESTABLISHING BRIEFING SCHEDULE

---

As discussed during the preliminary scheduling conference held this date, the parties shall adhere to the following briefing schedule:

1. On or before April 13, 2007, defendant shall file its motion to dismiss the complaint for failure to state a claim or, in the alternative, for lack of jurisdiction.

2. On or before May 14, 2007, plaintiff shall file its response. If, however, plaintiff determines that it requires discovery to respond to defendant's motion, on or before April 30, 2007, plaintiff shall file a status report to that effect and the court will make an appropriate adjustment to the May 14 filing deadline.

3. On or before the date 14 days after the filing of plaintiff's response, defendant shall file its reply brief.

s/John P. Wiese
John P. Wiese
Judge