IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Filed Electronically April 12, 2007)

| | | |
|---|---|---|
| RICHARD AND SUSAN CARY, PATRICIA GEERTS, SHARON HENRY, JAMES HERZOG, DIANE KNUEFFER, PATRICIA MARTIN, ROBERT S. MARTIN, JANET MARIE PRIATT, DONA SCHNEIDER, DOUGLAS SCHWAEBE, CARL AND KATHERINE SCHWEIKERT, DAVID SOUTHCOTT, and MARY CAROL WILDER, on behalf of themselves and all others similarly situated, who sustained damage to a property interest as a result of the Cedar Fire. | ) | No. 06-707 L<br>Senior Judge Wiese |
| Plaintiffs, | ) | |
| v. | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**
**IN WHICH TO FILE MOTION TO DISMISS**

Pursuant to RCFC 6(b), defendant, the United States, requests an enlargement of time of seven (7) days, to and including Friday, April 20, 2007, in which to file its motion to dismiss the complaint for failure to state a claim or, in the alternative, for lack of jurisdiction. Pursuant to this Court's order dated March 27, 2007, the Government's motion is currently due on Friday, April 13, 2007. Government counsel has conferred with counsel for plaintiffs, and is authorized to represent that plaintiff does not object to the requested enlargement of time, provided that the remaining deadlines included in the Court's scheduling order are also enlarged by seven days. This is the Government's first request for an extension of time for this purpose.

This enlargement of time is necessary because counsel for the Government requires additional time to complete and obtain review of the motion. Counsel has been preparing numerous pretrial filings associated with Banks, et al. v. United States, Case No. 99-4451, which is set for trial before Judge Hewitt on June 3, 2007. In addition, counsel has been heavily engaged in document production and other responsive discovery in Jewish War Veterans of the United States of America, Inc., et al. v. Robert M. Gates, Case No. 06-CV-1728 (S.D. Cal.).

Accordingly, defendant respectfully moves for an enlargement of time of seven (7) days, to and including April 20, 2007, in which to file its motion to dismiss the complaint for failure to state a claim, or in the alternative, for lack of jurisdiction.

Respectfully Submitted,

MATTHEW J. MCKEOWN
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

s/Heide L. Herrmann
HEIDE L. HERRMANN
Environment and Natural Resources Division
Natural Resources Section
Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
202-305-3315 (phone)
202-305-0274 (fax)
Heide.Herrmann@usdoj.gov

Dated: April 12, 2007