IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Filed Electronically May 2, 2007)

| | | |
|---|---|---|
| RICHARD AND SUSAN CARY, PATRICIA GEERTS, SHARON HENRY, JAMES HERZOG, DIANE KNUEFFER, PATRICIA MARTIN, ROBERT S. MARTIN, JANET MARIE PRIATT, DONA SCHNEIDER, DOUGLAS SCHWAEBE, CARL AND KATHERINE SCHWEIKERT, DAVID SOUTHCOTT, and MARY CAROL WILDER, on behalf of themselves and all others similarly situated, who sustained damage to a property interest as a result of the Cedar Fire. | ) | No. 06-707 L<br><br>Senior Judge Wiese |
| Plaintiffs, | ) | |
| v. | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**DEFENDANT'S OPPOSITION TO PLAINTIFFS' REQUEST FOR DISCOVERY**

Defendant, United States of America, respectfully responds to the Status Report signed by counsel for Plaintiffs and dated April 30, 2007. Defendant received a courtesy copy of a Status Report on May 1, 2007.[1/] In their Status Report, Plaintiffs request leave to conduct limited discovery before responding to Defendant's motion for judgment on the pleadings. Specifically, Plaintiffs wish to conduct written discovery into "Defendant's policies regarding public access, resource protection, and fire management in the CNF" and depose two former Forest Service employees "concerning implementation of the Defendant's policies." Plaintiffs request a

[1/] Because Plaintiffs' Status Report does not appear on the electronic docket for this case, we are unsure whether the document has been filed. We respond out of an abundance of caution.

discovery period of 90 days, followed by an additional 30 days in which to file their response to Defendant's motion for judgment on the pleadings. Because the discovery sought by Plaintiffs would be a futile exercise that could only serve to delay the inevitable dismissal of Plaintiffs' claim, Defendant opposes Plaintiffs' request.

For Plaintiffs, the best possible outcome of conducting discovery would be that they obtain evidence that the Forest Service's land management and public access policies are exactly what Plaintiffs alleged in their Complaint. However, for the purposes of its motion for judgment on the pleadings, Defendant assumed the truth of Plaintiffs' factual allegations.[2/] Defendant's motion is based upon the premise that the Forest Service's "policies regarding public access, resource protection, and fire management in the CNF" are exactly what Plaintiffs allege that they are. As we demonstrated in our motion, even assuming the truth of the allegations, Plaintiffs still fail to state a claim for inverse condemnation, because the Forest Service did not start the Cedar Fire. The illegal and irresponsible conduct of a hunter starting a fire is the intervening cause that breaks the chain of causation, making it impossible for Plaintiffs to meet their burden of proof, no matter how much evidence they obtain as to the specifics of the Forest Service's policies.

Plaintiffs' request to depose two individuals "concerning implementation of the Defendant's policies" also misses the mark. For the sake of argument, even if Plaintiffs were to prove that the Forest Service's policies were conducted in a careless, or irresponsible, or even grossly negligent manner, Plaintiffs' claim would be "not a taking, but, at most, a tort." Teegarden v. United States, 42 Fed. Cl. 252, 256 (1998). There is no information that could be gleaned through discovery that would change the character of Plaintiffs' claim.

---

[2/] Defendant's Motion For Judgment On The Pleadings, dated April 20, 2007, at footnote 1.

For the foregoing reasons, and for the reasons set forth in our motion for judgment on the pleadings, Defendant respectfully requests that the Court deny Plaintiffs' request for discovery and order the completion of briefing on Defendant's motion.

Respectfully Submitted,

MATTHEW J. MCKEOWN
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

s/Heide L. Herrmann____________________
HEIDE L. HERRMANN
Environment and Natural Resources Division
Natural Resources Section
Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
202-305-3315 (phone)
202-305-0274 (fax)
Heide.Herrmann@usdoj.gov

Dated: May 2, 2007