**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

(Filed Electronically May 7, 2007)

| | |
|---|---|
| RICHARD AND SUSAN CARY, PATRICIA GEERTS, SHARON HENRY, JAMES HERZOG, DIANE KNUEFFER, PATRICIA MARTIN, ROBERT S. MARTIN, JANET MARIE PRIATT, DONA SCHNEIDER, DOUGLAS SCHWAEBE, CARL AND KATHERINE SCHWEIKERT, DAVID SOUTHCOTT, and MARY CAROL WILDER, on behalf of themselves and all others similarly situated, who sustained damage to a property interest as a result of the Cedar Fire. | No. 06-707 L |
| Plaintiffs, | Senior Judge Wiese |
| vs. | |
| THE UNITED STATES, | |
| Defendant. | |

**STATUS REPORT**

Plaintiffs, Richard and Susan Cary, Patricia Geerts, Sharon Henry, James Herzog, Diane Knueffer, Patricia Martin, Robert S. Martin, Janet Marie Priatt, Dona Schneider, Douglas Schwaebe, Carl and Katherine Schweikert, David Southcott, and Mary Carol Wilder, on behalf of themselves and all others similarly situated, who sustained damage to a property interest as a result of the Cedar Fire ("Plaintiffs") by and through their respective counsel, hereby submit this Status Report pursuant to this Court's Order Establishing Briefing Schedule of March 27, 2007.

Plaintiffs hereby request that discovery take place prior to responding to Defendant's Motion to Dismiss for Failure to State a Claim or, in the alternative, for Lack of Subject Matter Jurisdiction. Specifically, Plaintiffs request the opportunity to depose the person(s) most

knowledgeable concerning implementation of the Defendant's policies within the Cleveland National Forest ("CNF"). The subject matter of these depositions may require the testimony of Jack Blackwell, former Regional Forester, Pacific Southwest Region, at the time of the Cedar Fire, and/or Anne Fege, former Cleveland National Forest Supervisor at the time of the Cedar Fire.

Because of the fact-intensive nature of establishing jurisdiction under a takings scenario, Plaintiffs further believe that Defendant's responses to limited written discovery (i.e., interrogatories, requests for production of documents, and requests for admissions) will be crucial to their Opposition to Defendant's Motion to Dismiss. Plaintiffs are informed and believed that the Defendant is in possession of, inter alia, technical reports and correspondence which will further substantiate the Court's proper exercise of jurisdiction over this matter.

Plaintiffs will narrowly tailor the above discovery requests at this point to such topics as the Defendant's policies regarding public access, resource protection, and fire management in the CNF. Should the Court require more specificity with respect to the discovery sought, Plaintiffs will promptly supplement this Status Report.

Plaintiffs request ninety (90) days from the date of this Status Report, or until July 30, 2007, to conduct the aforementioned discovery. Plaintiffs further request an additional thirty (30) days after the close of this discovery period, or until August 29, 2007, to file their Response to Defendant's Motion to Dismiss for Failure to State a Claim or, in the alternative, for Lack of

Subject Matter Jurisdiction.

Dated this 30th day of April, 2007

Respectfully submitted,

s/Mark S. Grotefeld

Mark S. Grotefeld
GROTEFELD & DENENBERG, L.L.C.
105 West Adams Street, Suite 2300
Chicago, Illinois 60603
Telephone: (312) 601-2398
Facsimile: (312) 601-2402

Counsel for Plaintiffs.

SF# 14030