# In the United States Court of Federal Claims

No. 06-707L
Filed: May 22, 2007

| | |
|---|---|
| RICHARD CARY, et al., | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

---

ORDER

ESTABLISHING BRIEFING SCHEDULE

---

As discussed during the telephone conference held this date, the parties shall adhere to the following briefing schedule:

1. On or before July 20, 2007, plaintiff shall file its opposition to defendant's motion for judgment on the pleadings.

2. On or before August 17, 2007, defendant shall file its reply brief.

s/John P. Wiese
John P. Wiese
Judge