**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

(Filed Electronically June 1, 2007)

| | | |
|---|---|---|
| RICHARD AND SUSAN CARY, et. al., | ) | |
| Plaintiffs, | ) | |
| vs. | ) | No. 06-707 L |
| THE UNITED STATES, | ) | Senior Judge Wiese |
| Defendant. | ) | |

**NOTICE OF CHANGE OF ADDRESS AND LAW FIRM AFFILIATION**

Please take notice that the address and law firm affiliation of Plaintiffs' attorney of record, Mark S. Grotefeld, has changed to:

Mark S. Grotefeld
GROTEFELD & HOFFMANN, L.L.P.
105 West Adams Street, Suite 2300
Chicago, Illinois 60603
Telephone: (312) 601-2398
Facsimile: (312) 601-2402

Dated this 1st day of June, 2007

Respectfully submitted,

/s/ Mark S. Grotefeld

Mark S. Grotefeld
GROTEFELD & HOFFMANN, L.L.C.
105 West Adams Street, Suite 2300
Chicago, Illinois 60603
Telephone: (312) 601-2398
Facsimile: (312) 601-2402

Counsel for Plaintiffs.

SF# 14111