IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Filed Electronically August 15, 2007)

| | | |
|---|---|---|
| RICHARD AND SUSAN CARY, PATRICIA GEERTS, SHARON HENRY, JAMES HERZOG, DIANE KNUEFFER, PATRICIA MARTIN, ROBERT S. MARTIN, JANET MARIE PRIATT, DONA SCHNEIDER, DOUGLAS SCHWAEBE, CARL AND KATHERINE SCHWEIKERT, DAVID SOUTHCOTT, and MARY CAROL WILDER, on behalf of themselves and all others similarly situated, who sustained damage to a property interest as a result of the Cedar Fire. | ) | No. 06-707 L |
| Plaintiffs, | ) | Senior Judge Wiese |
| v. | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**
**IN WHICH TO FILE REPLY**

Pursuant to RCFC 6(b), defendant, the United States, requests an enlargement of time of seven (7) days, to and including Friday, August 24, 2007, in which to file its reply in support of Defendant's motion for judgment on the pleadings. The Government's motion is currently due on Friday, August 17, 2007. Government counsel has conferred with counsel for plaintiffs, and is authorized to represent that plaintiff does not object to the requested enlargement of time. This is the Government's first request for an extension of time for this purpose.

This enlargement of time is necessary because counsel for the Government requires additional time to complete and obtain review of the motion. Counsel has been working to complete an extensive discovery process in Jewish War Veterans of the United States of

America, Inc., et al. v. Robert M. Gates, Case No. 06-CV-1728 (S.D. Cal.), which has entailed the production and/or inclusion on privilege logs of many thousands of documents. In addition, counsel has been engaged in the briefing associated with multiple discovery motions in that case, as well as supplemental briefing on jurisdictional issues ordered by the Court. Finally, counsel has been absent from the office for several days on work-related travel during the reply period.

Accordingly, defendant respectfully moves for an enlargement of time of seven (7) days, to and including August 24, 2007, in which to file its reply in support of Defendant's motion for judgment on the pleadings.

Respectfully Submitted,

RONALD J. TENPAS
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

s/Heide L. Herrmann____________________
HEIDE L. HERRMANN
Environment and Natural Resources Division
Natural Resources Section
Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
202-305-3315 (phone)
202-305-0274 (fax)
Heide.Herrmann@usdoj.gov

Dated: August 15, 2007