# In the United States Court of Federal Claims

No. 06-707L
Filed: August 15, 2007

| | |
|---|---|
| RICHARD CARY, et al., | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

---

ORDER

GRANTING MOTION FOR ENLARGEMENT OF TIME

---

Defendant's August 15, 2007, unopposed motion for an enlargement of time, to and including August 24, 2007, within which to file its reply in support of defendant's motion for judgment on the pleadings is GRANTED.

s/John P. Wiese
John P. Wiese
Judge