# In the United States Court of Federal Claims

No. 06-707L
Filed: October 2, 2007

| | |
|---|---|
| RICHARD CARY, et al., | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

SCHEDULING ORAL ARGUMENT

Pursuant to the agreement of the parties, oral argument on defendant's motion for judgment on the pleadings will be held at 2:30 p.m. EST on Tuesday, October 16, 2007, at the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, DC. The courtroom designation will be posted on the bulletin board in the lobby of the courthouse. The proceedings will be transcribed. Counsel for plaintiffs may appear by telephone.

s/John P. Wiese
John P. Wiese
Judge