#067506

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

FILED
DEC 26 2007
U.S. COURT OF
FEDERAL CLAIMS

| | |
|---|---|
| RICHARD AND SUSAN CARY, PATRICIA GEERTS, SHARON HENRY, JAMES HERZOG, DIANE KNUEFFER, PATRICIA MARTIN, ROBERT S. MARTIN, JANET MARIE PRIATT, DONA SCHNEIDER, DOUGLAS SCHWAEBE, CARL AND KATHERINE SCHWEIKERT, DAVID SOUTHCOTT, and MARY CAROL WILDER, on behalf of themselves and all others similarly situated, who sustained damage to a property interest as a result of the Cedar Fire, | No. 06-707 L |
| Plaintiffs, | **NOTICE OF APPEAL** |
| vs. | |
| THE UNITED STATES, | |
| Defendant. | |

Notice is hereby given that all Plaintiffs in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from an Order dismissing Plaintiffs' Complaint for failure to state a Fifth Amendment takings claim entered in this action on November 1, 2007.

Dated this 21st day of December, 2007

Respectfully submitted,

Mark S. Grotefeld
GROTEFELD & HOFFMANN, L.L.P.
105 West Adams Street, Suite 2300
Chicago, Illinois 60603
Telephone: (312) 601-2398
Facsimile: (312) 601-2402

Counsel for Plaintiffs