United States Court of Federal Claims
717 Madison Place, N.W.
Washington, DC 20005
(202) 357-6406

Name/Agency Grotefeld + Hoffman

Check Number 30254

| Fund | | Amount |
|---|---|---|
| 085000 | Attorney Admission Fee | |
| 086900 | Filing Fees | 105 00 |
| 322340 | Sale of Publications | |
| 322350 | Copy Fees | |
| 322360 | Miscellaneous | |
| 322380 | Recoveries of Costs | |
| 6855XX | Deposit Fund | |
| 510000 | Fees for Judicial Services | 150 00 |
| 086400 | Special Fund (Appeal Fees) | 200 00 |

| Cash | Check | M.O. | OC | TOTAL | 455 00 |
|---|---|---|---|---|---|
| | ✓ | | | | |

Checks are accepted subject to collection and full credit will only be given when the check has been accepted by the financial institution on which it has been drawn.

| | Deputy Clerk Signature | Date |
|---|---|---|
| 067506 | Derek W[illegible] | 12/26/07 |